Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| DAVID LEWIS | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 22-CV-532 |
| v. | |
| LETITIA JAMES | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the action is Dismissed with prejudice pursuant to Local Rule of Civil Procedure 41(b).

| | |
|---|---|
| Date: April 27, 2023 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s/Suzanne<br>       Deputy Clerk |